**No. 10-600. Paul A. Piper, Petitioner v. United States.**

562 U.S. 1138, 131 S. Ct. 936, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 107.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 374 Fed. Appx. 957.

**No. 10-601. Mee Industries Inc., Petitioner v. Dow Chemical Company.**

562 U.S. 1138, 131 S. Ct. 936, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 512.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 608 F.3d 1202.

**No. 10-602. Edward J. Deegan, et ux., Petitioners v. United States.**

562 U.S. 1138, 131 S. Ct. 937, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 532.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 603 F.3d 1301.

**No. 10-607. Donald Sullivan, Petitioner v. North Carolina.**

562 U.S. 1138, 131 S. Ct. 937, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 574.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 201 N.C. App. 540, 687 S.E.2d 504.

**No. 10-608. Michael T. Green, Petitioner v. Michelle Rhee.**

562 U.S. 1138, 131 S. Ct. 937, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 249.

January 10, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 10-609. New Jersey Peace Action, et al., Petitioners v. Barack H. Obama, President of the United States.**

562 U.S. 1139, 131 S. Ct. 937, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 546.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 379 Fed. Appx. 217.

**No. 10-610. Ronald Prati, et ux., Petitioners v. United States.**

562 U.S. 1139, 131 S. Ct. 940, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 226.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 603 F.3d 1301.

**No. 10-612. Daniel G. Anderson, et al., Petitioners v. Barack H. Obama, President of the United States.**

562 U.S. 1139, 131 S. Ct. 940, 178 L. Ed. 2d 754, 2011 U.S. LEXIS 520.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.